UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY CASTANEDA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARDEN GROVE POLICE DEPARTMENT, et al.<br><br>　　　　Defendants. | NO. SACV 21-1892-FMO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that Defendant DaRe's motion under Fed. R. Civ. P. 12(b)(5) is GRANTED and service of process is quashed. Because Plaintiff is now proceeding without prepayment of filing fees, the court will order service of process under 28 U.S.C. § 1915(d).

　　　　This action is referred back to the Magistrate Judge for further proceedings.

DATED: August 8, 2022　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　United States District Judge