JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY CASTANEDA,<br><br>             Plaintiff,<br><br>    v.<br><br>GARDEN GROVE POLICE DEPARTMENT, *et al.*,<br><br>             Defendants. | NO. SACV 21-1892-FMO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 13, 2025                          /s/_____
                                                                     FERNANDO M. OLGUIN
                                                                  United States District Judge